[No. 56695-4-I.   Division One.   September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01585-0, Richard McDermott, J., entered July 25, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 56755-1-I.   Division One.   September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMMAD H. SAKHI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06239-4, Christopher A. Washington, J., entered August 15, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56818-3-I; 57082-0-I.   Division One.   September 25, 2006.]

JAMES COOK ET AL., *Respondents*, v. BRENT STOVALL ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Skagit County, No. 03-2-00824-1, Mary Kay Becker, J. Pro Tem., and John M. Meyer, J., entered July 22 and September 9, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 56902-3-I.   Division One.   September 25, 2006.]

CLAES EKLUND ET AL., *Appellants*, v. SAN JUAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 05-2-05007-2, Alan R. Hancock, J., entered August 15, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.